Christopher Addy, Esq. (SBN 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x 271;
F: (866) 799-3206
caddy@consumerlawcenter.com
Attorney for Plaintiff,
TONI BANKS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACREMENTO DIVISION**

| | |
|---|---|
| TONI BANKS, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| LAW OFFICES OF THOMAS LANDIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>VERIFIED COMPLAINT</u>**

TONI BANKS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against LAW OFFICES OF THOMAS LANDIS (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Sacramento County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

9. Defendant is a national company located in Bensalem, Pennsylvania.

10. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

## FACTUAL ALLEGATIONS

11. Plaintiff received a telephone call from Defendant at her home telephone number (916) 681-9592 from telephone number (215) 526-2600, seeking payment for an alleged debt.

12. Plaintiff informed Defendant that she had lost her job two and a half years ago and her only source of income was Social Security and a very small pension check.

13. Plaintiff told Defendant that since they could not garnish Social Security or a pension check, the debt was uncollectable.

14. Defendant responded and told Plaintiff that she had to pay it back and that Plaintiff needed to borrow money from someone to pay the alleged debt.

15. Defendant continued to place collection calls to Plaintiff despite being informed that Plaintiff could not pay the alleged debt.

16. Defendant called Plaintiff and failed to provide meaningful disclosure of the caller's identity as Defendant did not state its company name when speaking with Plaintiff.

17. Plaintiff asked Defendant on several occasions for its full company name and address however Defendant refused to give Plaintiff the requested information.

18. Defendant called Plaintiff and failed to identify itself as a debt collector in subsequent communications as Defendant did not indicate that it was an attempt to collect a debt when speaking with Plaintiff.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

    b. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity; and

    c. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector

WHEREFORE, Plaintiff, TONI BANKS, respectfully requests judgment be entered against Defendant, LAW OFFICES OF THOMAS LANDIS, for the following:

20. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*, and

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without meaningful disclosure of the caller's identity;

   b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment; and

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*, as set forth in paragraph 18 above.

WHEREFORE, Plaintiff, TONI BANKS, respectfully requests judgment be entered against Defendant, LAW OFFICES OF THOMAS LANDIS, for the following:

25. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, TONI BANKS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: March 4, 2011                    KROHN & MOSS, LTD.

By: /s/ Christopher Addy_____
    Christopher Addy, Esq.
    Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, TONI BANKS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TONI BANKS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2/14/11                                *Toni Banks*

                                              TONI BANKS