IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TONI BANKS,                      )
                                 )    2:11-cv-00602-GEB-KJN
          Plaintiff,             )
                                 )
     v.                          )    ORDER RE: SETTLEMENT AND
                                 )    DISPOSITION
LAW OFFICES OF THOMAS LANDIS,    )
                                 )
          Defendant.             )
_____)
```

Plaintiff filed a "Notice of Settlement" on January 26, 2012, in which she states, "a settlement of the present matter has been reached and is in the process of [being finalized], which Plaintiff anticipates will [occur] within the next 40 days." (ECF No. 12.)

Therefore, a dispositional document shall be filed no later than March 6, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///
///
///

1

1 Further, the Final Pretrial Conference scheduled for hearing
2 on May 14, 2012, will remain on calendar in the event no dispositional
3 document is filed, or if this action is not otherwise dismissed.[1]
4 IT IS SO ORDERED.
5 Dated: January 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2