IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONI BANKS,  )
           Plaintiff,  )   2:11-cv-00602-GEB-KJN
           )
     v.  )   ORDER RE: SETTLEMENT AND
           )   DISPOSITION
LAW OFFICES OF THOMAS LANDIS,  )
           )
           Defendant.  )
_____ )

        Plaintiff filed a "Notice of Settlement" on January 26, 2012, in which she states, "a settlement of the present matter has been reached and is in the process of [being finalized], which Plaintiff anticipates will [occur] within the next 40 days." (ECF No. 12.)

        Therefore, a dispositional document shall be filed no later than March 6, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

///

///

1

1 │         Further, the Final Pretrial Conference scheduled for hearing
2 │ on May 14, 2012, will remain on calendar in the event no dispositional
3 │ document is filed, or if this action is not otherwise dismissed.[1]
4 │         IT IS SO ORDERED.
5 │ Dated:  January 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2